THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN BUTCHER, Defendant-Appellant.

(No. 54995;

First District—August 10, 1972.

*Modified upon denial of rehearing October 12, 1972.*

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Gerald W. Getty, Public Defender, of Chicago, (Suzanne M. Kohut and James J. Doherty, Assistant Public Defenders, of counsel,), and John Butcher, *pro se,* for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Robert L. Best, Assistant State's Attorneys, of counsel,) for the People.